# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Issac NUZA-ARRIAGA,<br><br>　　　　　　　Defendant. | Case No.: **21-MJ-1588**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

### Count 1

On or about April 23, 2021, within the Southern District of California, defendant Issac NUZA-ARRIAGA, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person named in Title 18, United States Code, Section 1114, to wit Department of Homeland Security, a United States Customs and Border Protection Officer, in that defendant drove and collided with a CBPO with his motorcycle, while Officer was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　　　　Special Agent Bryan KinCannon
　　　　　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn to before me and subscribed in my presence, this the 26th day of April 2021.

　　　　　　　　　　　　　　　　　　　　　　HON BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

I, Special Agent Bryan KinCannon, declare under penalty of perjury, the following is true and correct:

On April 23, 2021 at approximately 1925 hours, Issac NUZA-ARRIAGA, a United States Citizen, was attempting to leave the United States at the San Ysidro, California, Port of Entry.

While assigned to outbound vehicle inspection lanes, U.S. Customs and Border Protection (CBP) Officers witnessed NUZA-ARRIAGA approach the outbound inspection booth in the shoulder of lane one and ignored instructions from the CBPO to return to the inside of the lane. After initial contact with NUZA-ARRIAGA was made, the CBPO instructed NUZA-ARRIAGA to stay where he was and noticed that there was no key in the ignition and the motorcycle was still running. At this time, NUZA-ARRIAGA revved his engine and the CBPO grabbed his arm to prevent him from absconding into Mexico. NUZA-ARRIAGA then broke free of the CBPO and collided with a second CBPO, who was responding to assist, with his motorcycle. The second CBPO, who was knocked to the ground, got up and began to give chase. NUZA-ARRIAGA then crashed his motorcycle into another vehicle and fell to the ground. CBP Officers on scene were then able to secure NUZA-ARRIAGA in handcuffs and escort him to the Outbound Security Office.

NUZA-ARRIAGA was arrested and charged with violation(s) of Title 18 USC 111(a)(1), Assault on a Federal Officer.

2

Executed on April 24, 2021 at 0200

*[signature]*

Bryan KinCannon, HSI Special Agent

Based on the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, Issac NUZA-ARRIAGA, named in this probable cause statement, committed the offense on April 23, 2021 in violation of Title 18 USC 111(a)(1), Assault on a Federal Officer.

*[signature: Barbara L. Major]*          6:58 AM, Apr 24, 2021

Hon. Barbara L. Major                    Date/Time
United States Magistrate Judge

3